ALTAGRACIA CEPEDA DE LLAMOSAS, Respondent, *v.* ANTONIO DE LLAMOSAS, Appellant,

Appeal from an order, made upon the filing of the report of a referee, directing the defendant to pay to the plaintiff the sum of $535, as and for her expenses in conducting this action, and the further sum of thirty-five dollars each and every week until the determination thereof, for her support and maintenance.

This action was brought to obtain a separation on the ground of cruelty. The General Term held that the pleadings in the action, and the evidence taken before the referee, were sufficient to authorize the making of the allowance for support and counsel fees, and affirmed the order.

*F. R. Coudert*, for the appellant.

*Sullivan, Kobbe & Fowler*, for the respondent.

Opinion by Daniels, J.

Davis, P. J., and Lawrence, J., concurred.

Order affirmed, with ten dollars costs, besides disbursements.